| | |
|---|---|
| 1 | Jennifer Lynch (SBN 240701) |
|   | *jlynch@eff.org* |
| 2 | ELECTRONIC FRONTIER FOUNDATION |
|   | 454 Shotwell Street |
| 3 | San Francisco, CA 94110 |
|   | Telephone: (415) 436-9333 |
| 4 | Facsimile: (415) 436-9993 |

**RECEIVED**

Attorney for Plaintiff

NOV 2 9 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ELECTRONIC FRONTIER FOUNDATION,   )   No. CV-10-4892-~~DRM~~ DMR
                                  )
                     Plaintiff,   )   **[PROPOSED] ORDER GRANTING**
                                  )   **APPLICATION FOR ADMISSION OF**
     v.                           )   **ATTORNEY TO APPEAR *PRO HAC***
                                  )   ***VICE***
DEPARTMET OF JUSTICE,             )
                                  )
                     Defendant.   )
                                  )

David Sobel, an active member in good standing of the bar of the District of Columbia whose business address and telephone number is:

ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W.
Suite 410
Washington, DC 20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____  _____

DONNA M. RYU

United States Magistrate Judge