1  Jennifer Lynch (SBN 240701)
   *jlynch@eff.org*
2  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
3  San Francisco, CA 94110
   Telephone: (415) 436-9333
4  Facsimile: (415) 436-9993

5

   Attorney for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

12 ELECTRONIC FRONTIER FOUNDATION,    )   No. CV-10-4892-DMR
                                      )
13                           Plaintiff, )   **ORDER GRANTING APPLICATION
                                      )   FOR ADMISSION OF ATTORNEY TO
14       v.                           )   APPEAR *PRO HAC VICE***
                                      )
15 DEPARTMET OF JUSTICE,              )
                                      )
16                           Defendant. )
                                      )
17 _____   )

18
        David Sobel, an active member in good standing of the bar of the District of Columbia
19
   whose business address and telephone number is:
20
        ELECTRONIC FRONTIER FOUNDATION
21      1818 N Street, N.W.
        Suite 410
22      Washington, DC  20036
        Telephone: (202) 797-9009 x104
23      Facsimile: (202) 707-9066

24
   having applied in the above-entitled action for admission to practice in the Northern District of
25
   California on a *pro hac vice* basis, representing Plaintiff.
26
        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
27
   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
28

-1-
ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY TO APPEAR *PRO HAC VICE*

1  *vice*. Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

6  Dated:   11/30/2010

   [GRANTED stamp — Judge Donna M. Ryu]

7  DONNA M. RYU
8  United States Magistrate Judge