*E-Filed 1/13/11*

TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELECTRONIC FRONTIER, FOUNDATION | Civil Action No. 10cv04892 (RS) |
| Plaintiff, | **STIPULATION TO ALTER BRIEFING SCHEDULE** |
| DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, AND DRUG ENFORCEMENT AGENCY, | Current Date: February 10, 2011<br>Time:  1:30 p.m.<br>Courtroom: 3, 17th Floor |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through their undersigned counsel, hereby stipulate and respectfully move to extend the time for Defendants to respond to Plaintiff's motion for partial summary judgment (Dkt No. 16).  In accordance with Civil L.R. 6-2(a), this stipulation is supported by the declaration of Government Counsel, Nicholas Cartier, attached herewith.

On January 6, 2011, Plaintiff filed a motion for partial summary judgment seeking an order that its FOIA requests to Defendants are entitled to expedited processing.  Dkt. No. 16. Plaintiff noticed a hearing date of February 10, 2011.  Id.  Under this Court's Local Rules, the

*Stipulation to Alter Briefing Schedule  No. 10-04892*

1 Government's opposition is currently due on January 20, 2011, and Plaintiff's reply is due on
2 January 27, 2011.  See Civil L.R. 7-3.
3       Good cause supports a modification of this schedule.  Government Counsel has
4 preexisting and long-standing international travel plans, which will make it difficult for the
5 Government to meet the January 20, 2011 deadline.  Accordingly, on January 11, 2011,
6 Government Counsel spoke with Counsel for Plaintiff, Jennifer Lynch, and the parties agreed
7 that a short extension of the Government's time to file an opposition until January 25, 2011,
8 along with an extension of Plaintiff's time to file a reply until February 3, 2011, would be
9 appropriate.  In addition, subject to the Court's approval, the parties agreed that it would be
10 appropriate to move the hearing on Plaintiff's motion from February 10, 2011 to February 17,
11 2011.
12       Other than the hearing date, this extension will not affect the schedule of this case.  This
13 is the first extension requested by either party in the case.

15 Dated: January 13, 2011                     Respectfully Submitted,

17                                             TONY WEST
                                                Assistant Attorney General

19                                             MELINDA HAAG
                                                United States Attorney

20                                             ELIZABETH J. SHAPIRO
                                                Deputy Director, Federal Programs Branch

23                                             /s/ Nicholas Cartier
                                                NICHOLAS CARTIER, CA Bar #235858
                                                Trial Attorney, Federal Programs Branch
24                                             Civil Division
                                                20 Massachusetts Ave NW, 7224
25                                             Washington, DC 20044
                                                Tel: 202-616-8351
26                                             Fax: 202-616-8470
                                                email: nicholas.cartier@usdoj.gov

28 *Stipulation to Alter Briefing Schedule  No. 10-04892*     - 2 -

1 | *Attorneys for Defendants*
2 |
3 |
4 | /s/  Jennifer Lynch
  | ELECTRONIC FRONTIER FOUNDATION
5 | Jennifer Lynch, Esq. (240701)
  | 454 Shotwell Street
6 | San Francisco, CA 94110
  | Telephone: (415) 436-9333
7 | Facsimile: (415) 436-9993
8 |
  | David Sobel (*pro hac vice*)
9 | ELECTRONIC FOUNDATION
  | 1818 N Street, N.W.
10 | Suite 410
  | Washington, D.C. 20036
11 | Telephone: (202) 797-9009 x104
  | Facsimile: (202) 707-9066
12 |
  | *Attorneys for Plaintiff*

*Stipulation to Alter Briefing Schedule  No. 10-04892*   - 3 -

**ORDER**

Pursuant to stipulation, Defendants' Opposition to Plaintiff's Partial Motion for Summary Judgment (Dkt No. 16) shall be filed no later than **January 25, 2011**, and Plaintiff's Reply shall be filed no later than **February 3, 2011**. The hearing noticed for Plaintiff's motion is rescheduled to **February 17, 2011** at 1:30 p.m. in Courtroom 3, 17th Floor, San Francisco before this Court. **SO ORDERED**.

Dated: 1/13/11

_____
RICHARD SEEBORG
United States District Judge

*Stipulation to Alter Briefing Schedule  No. 10-04892*   - 4 -