| | |
|---|---|
| 1 | TONY WEST |
| | Assistant Attorney General |
| 2 | MELINDA HAAG |
| | United States Attorney |
| 3 | ELIZABETH J. SHAPIRO |
| | Deputy Branch Director, Federal Programs Branch |
| 4 | Civil Division |
| | NICHOLAS CARTIER, CA Bar #235858 |
| 5 | Trial Attorney, Federal Programs Branch |
| | Civil Division |
| 6 | 20 Massachusetts Ave NW, 7224 |
| | PO Box 883 (US Mail) |
| 7 | Washington, DC 20530 |
| | Tel: 202-616-8351 |
| 8 | Fax: 202-616-8470 |
| | email: nicholas.cartier@usdoj.gov |
| 9 | Attorneys for Defendant |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

_____
                                             )
ELECTRONIC FRONTIER,                )
FOUNDATION                             )     Civil Action No. 10cv04892 (RS)
                                             )
            Plaintiff,                       )
                                             )     **STIPULATION TO ALTER**
                                             )     **DEADLINE FOR SUBMITTING**
DEPARTMENT OF JUSTICE,        )     **JOINT REPORT**
FEDERAL BUREAU OF                )
INVESTIGATION, AND DRUG   )     Current Date: March 10, 2011
ENFORCEMENT AGENCY,         )     Time:            10:00 a.m.
                                             )     Courtroom:    3, 17th Floor
            Defendants.                  )
_____)

The Court has ordered the parties to meet and confer in an attempt to negotiate a mutually-agreeable processing schedule with respect to plaintiff's two FOIA requests and to submit a joint report on February 28, 2011, informing the Court of the result of the negotiations. See 2/17/11 Order (Dkt. No. 22). On February 24, 2011, the parties engaged in an initial telephonic meet and confer. However, because agency counsel for the Drug Enforcement Agency is out of the office until February 28, 2011, the parties believe that a short extension of the deadline for submitting the joint report is appropriate.

*Stip. to Alter Deadline for Submitting Joint Report*               *No. 10-04892 (RS)*

Given that the parties' Joint Case Management Conference Statement is due on March 4, 2011, see 1/5/11 Order (Dkt. No. 15), the parties hereby stipulate and respectfully move that they be permitted to submit the report regarding their efforts to negotiate a processing schedule on March 4 as part of the Joint Case Management Conference Statement.

In addition, the parties hereby stipulate to allow Government counsel, Nicholas Cartier, who works in Washington, D.C., to appear telephonically at the Case Management Conference currently scheduled for March 10, 2011.

DATED: February 24, 2011

/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov

*Attorney for Defendant*

DATED: February 24, 2011

/s/ Jennifer Lynch
ELECTRONIC FRONTIER FOUNDATION
Jennifer Lynch, Esq. (240701)
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorney for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 2/24/11

_____
RICHARD SEEBORG
United States District Judge

*Stip. to Alter Deadline for Submitting Joint Report*   - 2 -   *No. 10-04892 (RS)*