**United States District Court**
For the Northern District of California

***E-Filed 2/25/11***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | No. C 10-04892 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| DEPARTMENT OF JUSTICE, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of one or more of the parties, the Case Management Conference scheduled for **March 10, 2011 at 10:00 a.m.** shall be conducted by telephone. All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference [or, immediately if it's within the week] to arrange their participation.

Dated: 2/25/11

For the Court,
RICHARD W. WIEKING, Clerk

By: /s/ Corinne Lew
Courtroom Deputy Clerk