TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

JENNIFER LYNCH, CA BAR # 240701
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice pending)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC  20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ **ORDER** AS MODIFIED BY COURT |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | Judge: Hon. Richard Seeborg<br>Date: March, 10 2011<br>Time: 10: a.m.<br>Place: Telephonic Appearance |

Pursuant to agreement of the parties, the Court enters the following processing schedule in this case:

**I.    Processing of Materials Responsive To Plaintiff's May 21, 2009 FOIA Request To the Federal Bureau of Investigation ("FBI") for "Going Dark" Materials.**

By letter dated February 7, 2011, the FBI informed Plaintiff that it had completed the processing of 474 pages responsive to its May 21, 2009 request and was releasing 333 pages to Plaintiff.  FBI shall complete the processing of the remaining potentially responsive materials to this request identified as of the date of this Order (approximately 480 pages), and produce any pages the FBI determines are appropriate for release, on or before March 18, 2011.

If additional responsive materials are identified after the date of this order, the FBI will process a minimum of 750 pages of any additional responsive materials identified, including producing any pages FBI determines are appropriate for release, within 30 days after identifying the additional responsive materials.

**II.   Processing of Materials Responsive To Plaintiff's September 28, 2010 FOIA Request to FBI, Drug Enforcement Agency ("DEA") and Criminal Division ("CRM") for Records Relating to Agency Difficulties Conducting Electronic Surveillance.**

The FBI estimates that it has identified approximately 700 pages of potentially responsive materials to Plaintiff's September 28, 2010 request.  FBI shall complete the processing of these pages, including producing any pages FBI determines are appropriate for release, by April 1, 2011.  If additional responsive materials are identified after the date of this order, the FBI will process a minimum of 750 pages of any additional responsive materials identified, including producing any pages FBI determines are appropriate for release, within 30 days after identifying the additional responsive materials.

DEA estimates that it has identified approximately 6,000 pages of potentially responsive materials to Plaintiff's September 28, 2010 request.  DEA shall process a minimum of 1,000

pages, and produce any pages DEA determines are appropriate for release, by April 1, 2011. Thereafter, the parties agree that DEA will process a minimum of 750 pages, and produce any pages DEA determines are appropriate for release, on the first of each subsequent month until the processing is completed.

CRM estimates that it has identified approximately 10,000 pages of potentially responsive materials to Plaintiff's September 28, 2010 request. The parties agree that CRM will process a minimum of 1,000 pages, and produce any pages CRM determines are appropriate for release, by April 1, 2011. Thereafter, the parties agree that CRM will process a minimum of 1,000 pages, and produce any pages CRM determines are appropriate for release, on the first of each subsequent month until the processing is completed.

The parties agree that the components will file status reports every 60 days from the date of this order informing the Court of the number of pages they have processed, and how long they estimate it will take before processing is completed.

Plaintiff reserves the right to seek to proceed on summary judgment against the FBI regarding exemptions and withholdings independently from the other components.

In view of this stipulation, plaintiff's motion for summary judgment is denied without prejudice. The Case Management Conference is continued to November 17, 2011 at 10:00 a.m., to be held telephonically.

Dated:   3/3/11

_____
RICHARD SEEBORG
United States District Judge

3