1   JENNIFER LYNCH (SBN 240701)
    *jlynch@eff.org*
2   ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
3   San Francisco, CA 94110
    Telephone: (415) 436-9333
4   Facsimile: (415) 436-9993

5   David L. Sobel *(pro hac vice)*
    *sobel@eff.org*
6   ELECTRONIC FRONTIER FOUNDATION
    1818 N Street, N.W., Suite 410
7   Washington, DC  20036
    Telephone: (202) 797-9009 x104
8   Facsimile: (202) 707-9066
    *Attorneys for Plaintiff*
9
    TONY WEST
10  Assistant Attorney General
    MELINDA HAAG
11  United States Attorney
    ELIZABETH J. SHAPIRO
12  Deputy Branch Director, Federal Programs Branch
    Civil Division
13  NICHOLAS CARTIER (SBN 235858)
    Trial Attorney, Federal Programs Branch
14  Civil Division
    20 Massachusetts Ave NW, 7224
15  PO Box 883 (US Mail)
    Washington, DC 20530
16  Tel: 202-616-8351
    Fax: 202-616-8470
17  email: nicholas.cartier@usdoj.gov
    *Attorneys for Defendant*
18
                    **IN THE UNITED STATES DISTRICT COURT**
19              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
20

21                                          )
    ELECTRONIC FRONTIER FOUNDATION,         ) Case No.  10-cv-4892-RS
22                                          )
                    Plaintiff,              ) **JOINT CASE MANAGEMENT**
23                                          ) **CONFERENCE STATEMENT AND**
            v.                              ) **[PROPOSED] ORDER SETTING**
24                                          ) **BRIEFING SCHEDULE**
    DEPARTMENT OF JUSTICE,                  )
25                                          )
                    Defendant.              ) Judge:    Hon. Richard Seeborg
26                                          ) Date:     November 17, 2011
                                            ) Time:     10:00 a.m.
27                                          ) Place:    Telephonic Appearance

28

1    Pursuant to the Northern District of California Standing Order and this Court's March 3,
2    2011 Order (Dkt. No. 27), the parties submit this Joint Case Management Conference Statement.
3    The parties conferred on November 7, 2011 regarding the subjects identified in the Standing
4    Order and their joint response is set forth below.

5    **I.    Information Requested by Standing Order**

6    **1.  Jurisdiction and Service**

7    The case was filed on October 28, 2010.  (Dkt. No. 1.)  All Defendants have been served.
8    Plaintiff contends that this Court has both subject matter jurisdiction over this action and personal
9    jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B) and 552(a)(6)(C)(i).  Plaintiff
10   also contends that this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

11   **2.  Facts**

12   Plaintiff is the Electronic Frontier Foundation.  Defendant is the Department of Justice
13   and, specifically, its components the Criminal Division ("CRM"), Drug Enforcement Agency
14   ("DEA"), and Federal Bureau of Investigation ("FBI").

15   In a letter dated May 21, 2009 and sent by facsimile to the FBI, Plaintiff requested under
16   the FOIA all agency records, including electronic records, from 2007 to the present concerning
17   the FBI's Going Dark Program.

18   In letters dated September 28, 2010 and sent by facsimile to Defendant DOJ's
19   components, including CRM, FBI and DEA, Plaintiff requested under the FOIA records created
20   on or after January 1, 2006 concerning the agencies' efforts to push for changes to federal
21   surveillance law that would require communications providers to build in mechanisms that would
22   provide the government additional capabilities to intercept Americans' communications.

23   On March 3, 2011, the parties agreed on a schedule for review and production of
24   documents responsive to Plaintiff's FOIA requests. The components' processing and production
25   of responsive records are discussed in Section 7 below.

26   **3.  Legal Issues**

27   This is an action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for

28

1

1  injunctive and other appropriate relief.  Plaintiff seeks the expedited processing and release of

2  records that Plaintiff requested from Defendant Department of Justice and its components,

3  Federal Bureau of Investigation, Drug Enforcement Agency, and Criminal Division, concerning

4  the agency's efforts to push for changes to federal surveillance law to ensure that all services that

5  enable communications be technically capable of complying with a wiretap order.  Plaintiff

6  asserts that the requested records concern a matter about which there is "[a]n urgency to inform

7  the public about an actual or alleged federal government activity," and were "made by a person

8  primarily engaged in disseminating information."  5 U.S.C. § 552(a)(6)(E)(v)(II); 28 C.F.R.

9  § 16.5(d)(1)(ii).

10      **4.  Motions**

11      On January 6, 2011, Plaintiff filed a motion for partial summary judgment seeking

12  expedited processing of its September 28, 2010 FOIA request along with an order requiring that

13  processing be completed of all materials responsive to both its May 21, 2009 and September 28,

14  2010 FOIA requests within 10 days of the Court's order.  (Dkt. No. 16.)  Defendant filed its

15  opposition on January 25, 2011, (Dkt. No. 19), and Plaintiff filed its reply on February 3, 2011

16  (Dkt. No. 20).

17      On February 17, 2011, a hearing on Plaintiff's motion for partial summary judgment was

18  held before the Court.  Following the hearing, the Court issued an order on February 17, 2011

19  (Dkt. No. 22) instructing the parties to meet and confer in an effort to negotiate a mutually

20  acceptable processing schedule.  On March 3, 2011, after the parties agreed on a processing

21  schedule, the Court denied Plaintiff's motion without prejudice.

22      The parties anticipate this case will be resolved on cross motions for summary judgment

23  and intend to file those according to the schedule laid out below in Section 17.

24      **5.  Amendment of Pleadings**

25      Neither party anticipates amending the pleadings.

26      **6.  Evidence Preservation**

27      As this is an action under the FOIA and discovery is rarely used, the parties have not

28

1  discussed evidence preservation.

2  ### 7. Disclosures

3      CRM and DEA contend that they have now completed the processing of documents
4  responsive to Plaintiff's September 28, 2010 request.  The FBI contends that it has substantially
5  completed the processing of documents responsive to Plaintiff's FOIA requests and anticipates
6  completing the processing of all remaining responsive documents, and the production of any
7  remaining responsive and non-exempt documents to Plaintiff, by the week of November 21,
8  2011.  The parties expect to provide the court with more detailed information about the number of
9  documents processed and released prior to the November 17, 2011 case management conference.

10  ### 8. Discovery

11      The parties do not anticipate conducting discovery in this case.

12  ### 9. Class Actions

13      This case is not a class action.

14  ### 10. Related Cases

15      There are no related cases.

16  ### 11. Relief

17      EFF seeks injunctive relief with respect to the release and disclosure of all records
18  responsive to its May 2009 and September 2010 FOIA requests.  EFF also seeks reasonable
19  attorney's fees incurred in this litigation.

20  ### 12. Settlement and ADR

21      The parties have not yet been able to identify a mutually acceptable basis upon which to
22  settle this case and currently do not believe ADR would be helpful.

23  ### 13. Consent to Magistrate

24      Defendant declined to proceed before a Magistrate Judge.

25  ### 14. Other References

26      The parties do not anticipate needing other references.

27

28

1  **15.    Narrowing of Issues**

2  The parties are currently discussing ways to narrow the issues.

3  **16.    Expedited Trial Procedure**

4  The parties anticipate this case will be resolved on summary judgment and do not
5  anticipate a trial.

6  **17.    Scheduling**

7  The parties propose the following schedule for summary judgment briefing:

8  February 2, 2012        Defendant files Motion for Summary Judgment

9  March 1, 2012           Plaintiff files Cross Motion and Opposition

10 March 15, 2012          Government files Cross Opposition and Reply

11 March 29, 2012          Plaintiff files Reply

12 April 12, 2012          Hearing on Cross Motions

13 **18.    Trial**

14 The parties anticipate this case will be resolved on summary judgment and do not
15 anticipate a trial.

16 **19.    Disclosure of Non-Party Interested Entities or Persons**

17 There are no non-party interested entities or persons involved in this case.

18

19 A proposed Order embodying this agreement and the proposed schedule is below.

20 **II.    Stipulated Briefing Schedule**

21 This matter came on for a status hearing before the Court on November 17, 2011.  In

22 preparation for the status hearing, the parties have conferred and agreed to a schedule for

23 summary judgment briefing.  The parties jointly request that the Court adopt the parties' proposed

24 schedule.

25 Defendant DOJ and its components DEA, DOJ Criminal Division
   and FBI move for summary judgment.                                February 2, 2012
26
   Plaintiff files opposition and cross-moves for summary judgment.   March 1, 2012
27

28

| 1 | Defendant files reply and opposition to Plaintiff's motion. | March 15, 2012 |
| 2 | Plaintiff files reply in support of motion for summary judgment. | March 29, 2012 |
| 3 | Hearing on cross motions. | April 12, 2012 |

4  DATED: November 10, 2011                    Respectfully submitted,

5                                              /s/  Jennifer Lynch
                                               ELECTRONIC FRONTIER FOUNDATION
6                                              Jennifer Lynch
                                               *jlynch@eff.org*
7                                              454 Shotwell Street
                                               San Francisco, CA 94110
8                                              Telephone: (415) 436-9333
                                               Facsimile: (415) 436-9993
9

10                                             David L. Sobel *(pro hac vice)*
                                               *sobel@eff.org*
11                                             ELECTRONIC FRONTIER FOUNDATION
                                               1818 N Street, N.W., Suite 410
12                                             Washington, DC  20036
                                               Telephone: (202) 797-9009 x104
13                                             Facsimile: (202) 707-9066

14                                             *Attorneys for Plaintiff*

15  DATED: November 10, 2011                   /s/ Nicholas Cartier
                                               NICHOLAS CARTIER
16                                             Trial Attorney, Federal Programs Branch
                                               Civil Division
17                                             20 Massachusetts Ave NW, 7224
                                               Washington, DC 20044
18                                             Tel: 202-616-8351
                                               Fax: 202-616-8470
19                                             email: nicholas.cartier@usdoj.gov

20                                             *Attorneys for Defendant*

21

22                               **CERTIFICATE OF SERVICE**

23      I hereby certify that on November 10, 2011, I caused a copy of the foregoing to be served

24  on counsel for Defendant via the Court's ECF system.

25                                             /s/ Jennifer Lynch
                                               JENNIFER LYNCH
26

27

28

1

2

### <u>GENERAL ORDER NO. 45(X) CERTIFICATION</u>

3

     I attest that I have obtained the concurrence of Nicholas Cartier, counsel for Defendant, in

4

the filing of this document.

5

/s/ Jennifer Lynch<br>JENNIFER LYNCH

6

7

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

8

9

10

Dated: _____        _____

11

                                 Hon. Richard Seeborg<br>                                 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6