TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE** |
| vs. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Pursuant to the Court's November 17, 2011, Minute Order, directing the parties to submit a schedule for future summary judgment briefing, the parties have conferred and agreed to the following schedule, which the parties respectfully request that the Court adopt.

| | |
|---|---|
| Defendant DOJ and its components DEA, DOJ Criminal Division and FBI move for summary judgment. | February 9, 2012 |
| Plaintiff files opposition and cross-moves for summary judgment. | March 8, 2012 |

| | |
|---|---|
| Defendant files reply and opposition to Plaintiff's motion. | March 22, 2012 |
| Plaintiff files reply in support of motion for summary judgment. | April 5, 2012 |
| Hearing on cross motions. | April 19, 2012 |

DATED: January 18, 2012        /s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2012, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

## GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier
NICHOLAS CARTIER

10-CV-4892-RS        [PROPOSED] ORDER SETTING BRIEFING SCHEDULE

1 | PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

3 | Dated: _____

Hon. Richard Seeborg
United States District Judge