*E-Filed 1/19/12*

1  TONY WEST
   Assistant Attorney General
2  MELINDA HAAG
   United States Attorney
3  ELIZABETH J. SHAPIRO
   Deputy Branch Director, Federal Programs Branch
4  Civil Division
   NICHOLAS CARTIER, CA Bar #235858
5  Trial Attorney, Federal Programs Branch
   Civil Division
6  20 Massachusetts Ave NW, 7224
   PO Box 883 (US Mail)
7  Washington, DC 20530
   Tel: 202-616-8351
8  Fax: 202-616-8470
   email: nicholas.cartier@usdoj.gov
9  Attorneys for Defendant

10

11              **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                    **SAN FRANCISCO DIVISION**

13

14  ELECTRONIC FRONTIER FOUNDATION,  ) Case No.  10-CV-4892-RS
                                     )
15              Plaintiff,           ) [~~PROPOSED~~] **ORDER SETTING**
                                     ) **BRIEFING SCHEDULE**
16          vs.                      )
                                     )
17  DEPARTMENT OF JUSTICE,           )
                                     )
18              Defendant.           )
                                     )
19                                   )
                                     )
20 _____ )

21

22      Pursuant to the Court's November 17, 2011, Minute Order, directing the parties to submit a

23  schedule for future summary judgment briefing, the parties have conferred and agreed to the

24  following schedule, which the parties respectfully request that the Court adopt.

25

26  Defendant DOJ and its components DEA, DOJ Criminal Division        February 9, 2012
    and FBI move for summary judgment.

27  Plaintiff files opposition and cross-moves for summary judgment.        March 8, 2012

28

1    Defendant files reply and opposition to Plaintiff's motion.                  March 22, 2012

2    Plaintiff files reply in support of motion for summary judgment.             April 5, 2012

3    Hearing on cross motions.                                                    April 19, 2012

4

5

6    DATED: January 18, 2012                      /s/ Nicholas Cartier
                                                  NICHOLAS CARTIER, CA Bar #235858
                                                  Trial Attorney, Federal Programs Branch
7                                                 Civil Division
                                                  20 Massachusetts Ave NW, 7224
8                                                 Washington, DC 20044
                                                  Tel: 202-616-8351
9                                                 Fax: 202-616-8470
                                                  email: nicholas.cartier@usdoj.gov
10                                                *Attorney for Defendant*

11

12

13                                  **CERTIFICATE OF SERVICE**

14          I hereby certify that on January 18, 2012, I caused a copy of the foregoing to be served on

15   Plaintiff via the Court's ECF system.

16

17                                       /s/ Nicholas Cartier
                                         NICHOLAS CARTIER
18

19

20

21

22                          **GENERAL ORDER NO. 45(X) CERTIFICATION**

23          I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the

24   filing of this document.

25                                       /s/ Nicholas Cartier
                                         NICHOLAS CARTIER
26

27

28
     10-CV-
     4892-RS              [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE

1    PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

2

3    Dated: _ 1/19/12                                    _____
                                                          Hon. Richard Seeborg
4                                                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10-CV-
4892-RS                    [PROPOSED] ORDER SETTING BRIEFING SCHEDULE