TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No.  10-CV-4892-RS<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER TO CONTINUE ALL DATES FOR PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT BY ONE WEEK**<br><br>[CIV. L.R. 6-2] |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through their undersigned counsel, have conferred and hereby stipulate to and respectfully request the Court grant a one-week extension to all dates in the briefing schedule previously submitted and signed by the Court on February 7, 2012 (Dkt 34). The new schedule as proposed by the parties is as follows:

Defendant DOJ and its components DEA, DOJ Criminal Division
and FBI move for summary judgment.                               March 1, 2012

---

10-CV-4892-RS                    [~~PROPOSED~~] ORDER

| | |
|---|---|
| Plaintiff files opposition and cross-moves for summary judgment. | March 29, 2012 |
| Defendant files reply and opposition to Plaintiff's motion. | April 12, 2012 |
| Plaintiff files reply in support of motion for summary judgment. | April 26, 2012 |
| Hearing on cross motions. | May 10, 2012 |

The requested changed will minimally affect the present schedule for the case because it proposes continuing all dates, including the hearing date on the parties' cross motions for summary judgment, by one week. In accordance with Civil L.R. 6-2(a), this stipulation is supported by the Declaration of Nicholas Cartier, counsel for Defendant, filed herewith and a proposed order below.

The parties have previously stipulated to a briefing schedule (Dkt. 28) and to two adjustments to that briefing schedule, one to accommodate the Defendant (Dkt. 32) and the other to accommodate the Plaintiff (Dkt. 34). Defendant seeks the current one-week extension to allow its three components (Criminal Division, DEA and FBI) to complete final work on their complicated and lengthy *Vaughn* indexes and declarations. In addition to the complexity of the declarations and indexes, this extension is warranted given the absence for portions of this week of certain key agency personnel involved in finalizing the declarations and indexes. Plaintiff consents to the extension.

The parties respectfully request that the schedule above be adopted in place of the schedule previously proposed.

DATED: February 16, 2012              /s/ Nicholas Cartier
                                      NICHOLAS CARTIER, CA Bar #235858
                                      Trial Attorney, Federal Programs Branch
                                      Civil Division
                                      20 Massachusetts Ave NW, 7224
                                      Washington, DC 20044
                                      Tel: 202-616-8351
                                      Fax: 202-616-8470
                                      email: nicholas.cartier@usdoj.gov
                                      *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2012, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

## GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier
NICHOLAS CARTIER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: 2/17/12

Hon. Richard Seeborg
United States District Judge

10-CV-4892-RS                                    [~~PROPOSED~~] ORDER