TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Upon consideration of Defendant's Motion for Summary Judgment, any response and reply thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is

FURTHER ORDERED that judgment is entered in favor of the Defendant.

1 **IT IS SO ORDERED.**

2

3 Dated: _____

                                              Hon. Richard Seeborg
4                                               United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10-CV-4892-RS                                  [PROPOSED] ORDER