TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER TO CONTINUE ALL REMAINING DATES IN BRIEFING SCHEDULE FOR PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT BY TWO WEEKS** |
| vs. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | [CIV. L.R. 6-2] |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through their undersigned counsel, have conferred and hereby stipulate to and respectfully request the Court grant a two-week extension of the current deadline for Defendant to file an Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in support of its Motion for Summary Judgment and for Plaintiff to file a Reply in support of its Cross-Motion for Summary Judgment. *See* 2/17/12 Order (ECF No. 36). The new schedule as proposed by the parties is as follows:

| | |
|---|---|
| Defendant files an Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in support of its Motion for Summary Judgment | April 26, 2012 |
| Plaintiff files a Reply in support of its Cross-Motion for Summary Judgment | May 17, 2010 |
| Hearing on cross motions. | May 31, 2012 |

The requested changed will minimally affect the present schedule for the case because it proposes continuing all dates, including the hearing date on the parties' cross motions for summary judgment, by two weeks. In accordance with Civil L.R. 6-2(a), this stipulation is supported by the Declaration of Nicholas Cartier, counsel for Defendant.

The parties have previously stipulated to a briefing schedule (ECF No. 28) and to three adjustments to that briefing schedule, two to accommodate the Defendant (ECF Nos. 32 and 36) and the other to accommodate the Plaintiff (Dkt. 34). Defendant seeks the current two-week extension to allow its three components (Criminal Division, DEA and FBI) to complete work on supplemental declarations to address arguments raised in Plaintiff's Cross-Motion and Opposition. In addition, FBI requires this additional time to make corrections to the annotations on some of the pages it produced to Plaintiff, which do not clearly indicate what exemption has been invoked with respect to certain redactions on the pages.

The parties respectfully request that the schedule above be adopted in place of the schedule previously proposed.

DATED: April 10, 2012

/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
*Attorney for Defendant*

10-CV-4892-RS                                    STIPULATION

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2012, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier
NICHOLAS CARTIER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: 4/10/12

*[signature]*
Hon. Richard Seeborg
United States District Judge