TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR ENLARGEMENT OF PAGE LIMITS** |
| vs. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | **[Civ. L.R. 7-11]** |

Upon consideration of the parties' Joint Motion for Administrative Relief requesting enlargement of page limits pursuant to Local Rule 7-11, and good cause appearing, the Court hereby ORDERS that (1) Defendant may file an Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in support of its Motion for Summary Judgment not to exceed 35 pages, and (2) Plaintiff may file a Reply in support of its Cross-Motion for Summary Judgment not to exceed 25 pages.

1
2
3   **IT IS SO ORDERED.**
4
    Dated:  4/10/12
5                                                    _____
                                                     Hon. Richard Seeborg
6                                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
    10-CV-
    4892-RS                          [PROPOSED] ORDER