TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE** |
| vs. | **DEADLINE FOR COMPLETING** |
| | **REVISED *VAUGHN* INDEX,** |
| DEPARTMENT OF JUSTICE, | **ADDITIONAL REVIEW OF** |
| | **DOCUMENTS, AND BRIEFING** |
| Defendant. | **SCHEDULE FOR SUMMARY** |
| | **JUDGMENT MOTIONS** |

Pursuant to the Court's October 30, 2012, Order Re Cross Motions for Summary Judgment (ECF No. 60), the parties, through their counsel, have conferred and hereby provide the following joint status report and scheduling stipulation:

The Federal Bureau of Investigation ("FBI") will provide Plaintiff with a revised *Vaughn* index that will group documents into function- and topic-based categories. The FBI will provide the revised index to Plaintiff no later than December 14, 2012.

The FBI, Drug Enforcement Administration ("DEA") and the Department of Justice's Criminal Division ("CRM") will conduct a review of pages that were previously withheld in full or part from otherwise responsive documents based on the components' prior determination that the information in question was outside the scope of Plaintiff's FOIA requests. The parties have agreed that the FBI, DEA and CRM will complete this review and provide any additional, non-exempt information to Plaintiff by December 14, 2012. If, as a result of the review, the FBI, DEA or CRM determines that additional information is responsive to Plaintiff's FOIA requests and may be subject to an applicable FOIA exemption, the components will complete the processing of such information and, if responsive material is withheld pursuant to an exemption, provide a supplemental *Vaughn* index of any such material by January 25, 2013.

Lastly, the parties have agreed upon a proposed briefing schedule for renewed cross-motions for summary judgment as follows:

| | |
|---|---|
| Defendant DOJ and its components DEA, DOJ Criminal Division and FBI move for summary judgment. | January 31, 2013 |
| Plaintiff files opposition and cross-moves for summary judgment. | February 28, 2013 |
| Defendant files reply and opposition to Plaintiff's motion. | March 21, 2013 |
| Plaintiff files reply in support of motion for summary judgment. | April 11, 2013 |
| Hearing on cross motions. | April 25, 2013 |

DATED: November 27, 2012
/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
*Attorney for Defendant*

10-CV-4892-RS [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2012, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier
NICHOLAS CARTIER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: 11/27/12

Hon. Richard Seeborg
United States District Judge

---

10-CV-4892-RS         [PROPOSED] ORDER