Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Mark Rumold (SBN 279060)
*mark@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC  20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
Electronic Frontier Foundation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>               Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF JUSTICE,<br><br>               Defendant. | Case No.: 3:10-cv-04892-RS<br><br>**NOTICE OF CHANGE OF ADDRESS FOR ELECTRONIC FRONTIER FOUNDATION**<br><br>Courtroom 3, 17th Floor<br>Hon. Richard Seeborg |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE CLERK OF THE ABOVE COURT:

PLEASE TAKE NOTICE that Jennifer Lynch and Mark Rumold, counsel for the Electronic Frontier Foundation, Plaintiff in the above-captioned matter, are relocating. As of April 12, 2013, the new address will be:

    Jennifer Lynch, Esq.
    Mark Rumold, Esq.
    ELECTRONIC FRONTIER FOUNDATION
    815 Eddy Street
    San Francisco, California  94109

The telephone and facsimile numbers will remain the same, as will Mr. Sobel's contact information.

DATED: April 6, 2013            Respectfully submitted,

                        */s/ Jennifer Lynch*
                        Jennifer Lynch
                        Mark Rumold
                        ELECTRONIC FRONTIER FOUNDATION
                        454 Shotwell Street
                        San Francisco, CA  94110

                        David L. Sobel
                        ELECTRONIC FRONTIER FOUNDATION
                        1818 N Street, N.W., Suite 410
                        Washington, DC  20036

                        Attorneys for Plaintiff
                        ELECTRONIC FRONTIER FOUNDATION