Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC 20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

*Attorneys for Plaintiff*
*Electronic Frontier Foundation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:10-cv-04892-RS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE FOR PARTIES' RENEWED CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | [Civ. L.R. 6-2] |
| | Date: April 25, 2013 |
| | Time: 2:30 p.m. |
| | Place: Ctrm. 3, 17th Floor |
| | Judge: Hon. Richard Seeborg |

1  Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through
2  undersigned counsel, have conferred and hereby stipulate to and respectfully request the Court
3  grant a continuance to the hearing date for the parties' Renewed Cross Motions for Summary
4  Judgment. The hearing date is currently scheduled for Thursday, April 25, 2013, and the parties
5  request the hearing be continued to Thursday, May 30, 2013.

6  The parties seek this continuance because Plaintiff's counsel's grandmother passed away
7  today, and plaintiff's counsel needs to travel to be with family and to help her family with the
8  logistics surrounding her grandmother's death. Defendant's counsel's schedule is full with other
9  matters throughout the month of May, and so May 30, 2013 is the first date both counsel will be
10 available.

11 This requested change will minimally affect the present schedule for the case because the
12 Renewed Cross Motions are fully briefed and because it will only extend the hearing date by about
13 a month.

Respectfully submitted,

DATED: April 19, 2013

 /s/ *Jennifer Lynch*
Jennifer Lynch
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA  94109
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

DATED:  April 19, 2013     /s/ *Nicholas Cartier*     (*with permission*)
NICHOLAS CARTIER
Trial Attorney, Federal Programs Branch
Civil Division, U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov

Attorneys for Defendants

**DECLARATION PURSUANT TO LOCAL RULE 5-1**

I, Jennifer Lynch, hereby declare pursuant to Local Rule 5-1 that I have obtained Defendant's concurrence in the filing of this document from Nicholas Cartier, Counsel for Defendant.

Executed on April 19, 2013, in San Francisco, California.

                                         */s/ Jennifer Lynch*
                                         Jennifer Lynch

\* \* \* \* \* \* \*

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: _____                                 _____
                                                                               The Hon. RICHARD SEEBORG
                                                                               United States District Judge