UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## *CIVIL MINUTE ORDER*

**Judge: RICHARD SEEBORG**

**Date:** 5/30/13                                 Time in Court: **15 min.**

**Case No.:** C 10-04892 RS

**Case Title:** Electronic Frontier Foundation v. Department of Justice

**Appearances:**

> For Plaintiff(s): Jennifer Lynch

> For Defendant(s): Nicholas Cartier

**Deputy Clerk:** Corinne Lew            **Court Reporter:** Connie Kuhl

## PROCEEDINGS

Cross Motions for Summary Judgment Hearing Held.

## SUMMARY

MOTION/MATTER:   ( ) Granted

  ( ) Denied request for Preliminary Injunction.

  ( ) Granted in part/Denied in part

  **(X) Taken under submission**

  ( ) Withdrawn/Off Calendar

Order to be prepared by:      ( ) Plaintiff   ( ) Defendant   **(X) Court**