TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | Case No.  10-CV-4892-RS |
| ) | |
| Plaintiff, ) | ~~ORDER~~ |
| ) | **STIPULATED REQUEST FOR ORDER** |
| vs. ) | **TO CONTINUE DEADLINE TO FILE** |
| ) | **A PROPOSED JUDGMENT** |
| ) | **TERMINATING THIS ACTION** |
| DEPARTMENT OF JUSTICE, ) | |
| ) | [CIV. L.R. 6-2] |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The Court has ordered the parties to submit a proposed judgment to terminate this action by

December 2, 2013.  Order Re Renewed Cross-Motions for Summary Judgment (ECF No. 75) at 10.

For the reasons discussed below, the parties have stipulated to and request a one-week extension of

this deadline until December 9, 2013.

In response to the Court's Summary Judgment Order, the Criminal Division, Federal

Bureau of Investigation, and Drug Enforcement Administration (collectively, "DOJ Components")

processed and mailed out certain additional documents to Plaintiff on November 21, 2013.  *Id.*  The materials were inadvertently sent to Plaintiff's prior address.  As a result, counsel for Plaintiff has not yet received the materials, and due to work-related travel, likely will not be able to review the materials before the Thanksgiving holiday weekend.  In addition, Government counsel has preexisting international travel plans from November 28, 2013 through December 4, 2013. Therefore, a one-week extension is needed to allow Plaintiff adequate time to review the DOJ Components' productions and for the parties to meet and confer regarding a proposed judgment terminating this action.

The requested changed will not affect any other dates in the present schedule.

DATED: November 26, 2013

/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

10-CV-
4892-RS                                        STIPULATION

1

### **GENERAL ORDER NO. 45(X) CERTIFICATION**

2

3        I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the

filing of this document.

4

5                               /s/ Nicholas Cartier
                               NICHOLAS CARTIER

6

7

8        Pursuant to stipulation, the parties shall jointly file a proposed judgment terminating this

9   action no later than December 9, 2013.  SO ORDERED.

10

11

Dated:  11/26/13

12                                              _____
                                              Hon. Richard Seeborg
13                                              United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28