TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | ORDER<br>**STIPULATED REQUEST FOR ORDER TO CONTINUE DEADLINE TO FILE A PROPOSED JUDGMENT TERMINATING THIS ACTION** |
| vs. | |
| DEPARTMENT OF JUSTICE, | [CIV. L.R. 6-2] |
| Defendant. | |

Pursuant to stipulation, the parties are to submit a proposed judgment terminating this action by December 9, 2013. ECF No. 77. The parties, through their counsel, met and conferred on Friday, December 5, 2013, concerning a potential dispute about the scope of the court's summary judgment order. In response to this conference, Defendant intends to provide additional information to Plaintiff concerning Defendant's recent supplemental productions in the hopes of resolving this dispute. The parties believe a brief extension of the current pending deadline will aid

in their effort to resolve this matter without court assistance.  Accordingly, the parties have stipulated to and request an additional one-week extension until December 16, 2013, at which point they will either file the proposed judgment terminating this action or file a joint status report.

The requested change will not affect any other dates in the present schedule.

DATED: December 9, 2013

/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2013, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

## GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier
NICHOLAS CARTIER

10-CV-4892-RS                                     STIPULATION

1  Pursuant to stipulation, by no later than December 16, 2013, the parties shall either jointly file a proposed judgment terminating this action, of if the parties cannot agree on the terms of a proposed judgment, then the parties shall file a status report setting forth the nature of the parties' dispute. SO ORDERED.

Dated: 12/9/13

_____
Hon. Richard Seeborg
United States District Judge