TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | ORDER |
| vs. | **STIPULATED REQUEST FOR ORDER TO SET DEADLINE FOR PARTIES TO FILE JOINT REPORT SEEKING CLARIFICATION CONCERNING SCOPE OF COURT'S SUMMARY JUDGMENT ORDER** |
| DEPARTMENT OF JUSTICE, | [CIV. L.R. 6-2] |
| Defendant. | |

Pursuant to the Court's December 17, 2013 Order, *see* ECF No. 81, the parties submit the following status report to apprise the Court of their efforts to resolve a potential dispute about the scope of the Court's Summary Judgment Order. ECF No. 77. The parties, through their counsel, have met and conferred on multiple occasions, and as a result of these efforts, have successfully eliminated all the disputes that exist between the parties concerning the scope of the Court's Summary Judgment Order save one: namely, whether the Drug Enforcement Administration

("DEA") has properly invoked Exemption 7(E) with respect to certain materials that the Court in its Summary Judgment Order concluded were not properly withheld under Exemption 4. The parties have stipulated to and request that within 14 days, or no later than January 29, 2014, they be permitted to file a joint report seeking clarification as to whether the Court's determination in its Summary Judgment Order that certain DEA materials are not properly withheld under Exemption 4 precludes DEA from continuing to withhold certain of these materials pursuant to Exemption 7(E). At some future date, Plaintiff also intends to seek fees.

The requested change will not affect any other dates in the present schedule.

DATED: January 15, 2014

/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2014, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

10-CV-4892-RS                    STIPULATION

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier
NICHOLAS CARTIER

Pursuant to stipulation, by no later than January 29, 2014, the parties shall jointly file a report seeking clarification as to whether the Court's determination in its Summary Judgment Order that certain DEA materials are not properly withheld under Exemption 4 precludes DEA from continuing to withhold certain of these materials pursuant to Exemption 7(E).

SO ORDERED.

Dated:  1/15/14

Hon. Richard Seeborg
United States District Judge

10-CV-4892-RS                                     STIPULATION