TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 10-CV-4892-RS |
| Plaintiff, | **STIPULATED REQUEST FOR ORDER TO EXTEND DEADLINE FOR PARTIES TO FILE JOINT REPORT SEEKING CLARIFICATION CONCERNING SCOPE OF COURT'S SUMMARY JUDGMENT ORDER** |
| vs. | |
| DEPARTMENT OF JUSTICE, | [CIV. L.R. 6-2] |
| Defendant. | |

Pursuant to the Court's January 15, 2014 Order, *see* ECF No. 83, the parties are to submit a joint report today concerning a dispute about whether the Court's Summary Judgment Order (ECF No. 75) requires the Drug Enforcement Administration ("DEA") to release certain materials that it previously asserted were protected by Exemption 4 along with other exemptions. Because of the competing work commitments of government counsel, the parties were unable to finalize their joint report and have stipulated to and request a short two-day extension to file the joint report.

The requested change will not affect any other dates in the present schedule.

DATED: January 29, 2014

/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

### GENERAL ORDER NO. 45(X) CERTIFICATION

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier
NICHOLAS CARTIER

10-CV-4892-RS            STIPULATION

Pursuant to stipulation, by no later than January 31, 2014, the parties shall jointly file a report seeking clarification as to whether the Court's determination in its Summary Judgment Order that certain DEA materials are not properly withheld under Exemption 4 precludes DEA from continuing to withhold certain of these materials pursuant to Exemption 7(E).

SO ORDERED.

Dated: 1/30/14

_____
Hon. Richard Seeborg
United States District Judge

10-CV-4892-RS                                    STIPULATION