TONY WEST
Assistant Attorney General
MELINDA HAAG
United States Attorney
ELIZABETH J. SHAPIRO
Deputy Branch Director, Federal Programs Branch
Civil Division
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
PO Box 883 (US Mail)
Washington, DC 20530
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> vs. <br><br> DEPARTMENT OF JUSTICE, <br><br> Defendant. | Case No. 10-CV-4892-RS <br><br> **STIPULATED REQUEST FOR ORDER TO EXTEND DEADLINE FOR PARTIES TO FILE JOINT REPORT SEEKING CLARIFICATION CONCERNING SCOPE OF COURT'S SUMMARY JUDGMENT ORDER** <br> [CIV. L.R. 6-2] |

Pursuant to the Court's January 30, 2014 Order, *see* ECF No. 85, the parties are to submit a joint report today concerning a dispute about whether the Court's Summary Judgment Order (ECF No. 75) requires the Drug Enforcement Administration ("DEA") to release certain materials that it previously asserted were protected by Exemption 4 along with other exemptions. The parties seek additional time to meet and confer, including additional time for DEA to review the materials currently at issue, in an effort to further narrow the scope of the dispute between the parties. To

allow DEA adequate time to complete this review, the parties stipulate to and request that the deadline to file a joint report be extended for fourteen days or until February 14, 2014. At that point, the parties will either inform the Court that they have reached a resolution of the current dispute or file a report concerning any then-existing dispute about whether the Court's Summary Judgment Order (ECF No. 75) requires the Drug Enforcement Administration ("DEA") to release certain materials that it previously asserted were protected by Exemption 4 along with other exemptions.

The requested change will not affect any other dates in the present schedule.

DATED: January 31, 2014

/s/ Nicholas Cartier
NICHOLAS CARTIER, CA Bar #235858
Trial Attorney, Federal Programs Branch
Civil Division
20 Massachusetts Ave NW, 7224
Washington, DC 20044
Tel: 202-616-8351
Fax: 202-616-8470
email: nicholas.cartier@usdoj.gov
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2014, I caused a copy of the foregoing to be served on Plaintiff via the Court's ECF system.

/s/ Nicholas Cartier
NICHOLAS CARTIER

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained the concurrence of Jennifer Lynch, counsel for Plaintiff, in the filing of this document.

/s/ Nicholas Cartier
NICHOLAS CARTIER

10-CV-4892-RS                    STIPULATION

Pursuant to stipulation, by no later than February 14, 2014, the parties shall jointly file a report seeking clarification as to whether the Court's determination in its Summary Judgment Order that certain DEA materials are not properly withheld under Exemption 4 precludes DEA from continuing to withhold certain of these materials pursuant to Exemption 7(E), or instead inform the Court that the parties have reached a resolution of this dispute.

SO ORDERED.


Dated: _____

Hon. Richard Seeborg
United States District Judge